# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JOAN MIGLIACCIO,** individually and on behalf of all others similarly situated,<br><br>                                        Plaintiff,<br><br>v.<br><br>**PARKER HANNIFIN CORPORATION,**<br><br>                                        Defendant. | Case No. 1:22-CV-00835<br><br>**Judge Dan Aaron Polster** |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Having considered Defendant Parker Hannifin Corporation's Unopposed Motion for Extension of Time to Respond to the Complaint, and for good cause shown, the Court finds that said motion should be granted. The deadline for Parker to answer or otherwise respond to plaintiff Complaint shall be 30 days after the Court's ruling on plaintiff's Unopposed Motion to Consolidate (Dkt. No. 8)—or, if the Court grants plaintiffs' motion, 30 days after plaintiffs in the consolidated actions file a consolidated complaint.

Dated this 15th day of June, 2022.

                                        ___s/*Dan Aaron Polster*_____
                                        Hon. Dan A. Polster
                                        United States District Judge