IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOAN MIGLIACCIO, *et al.*, | Case No. 1:22-cv-0835 |
| Plaintiff, | |
| | JUDGE DAN AARON POLSTER |
| v. | |
| PARKER HANNIFIN CORPORATION, | |
| | **CONSOLIDATION ORDER** |
| Defendant, | |
| AND | Case No. 1:22-cv-1073 |
| JOLYNNE CHRISTIANSEN, | JUDGE DAN AARON POLSTER |
| Plaintiff, | |
| v. | |
| PARKER HANNIFIN CORPORATION, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 42 and because the captioned cases share common questions of law and fact, the Court hereby CONSOLIDATES *Christiansen v. Parker Hannifin,* 1:22-cv-1073, into the previously filed case, *Migliaccio v. Parker Hannifin,* 1:22-cv-0835. *Christiansen,* 1:22-cv-1073 will be administratively closed and all future filings should be docketed in *Migliaccio,* 1:22-cv-0835.

Plaintiff Christiansen is ORDERED to include her claims in the amended complaint due on July 17, 2022 in the *Migliaccio* case, 1:22-cv-0835.

IT IS SO ORDERED.

Dated: July 13, 2022

                                                *s/Dan Aaron Polster*
                                                United States District Judge