UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JOLYNNE CHRISTIANSEN; JOHN DOE; EVELYN HARRIS; DANIEL MCCORMICK; JOAN MIGLIACCIO; MICHELLE MULANAX; KELLY ROSAL, GARY ROWE, and DAVID YANCEY,** *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>**PARKER HANNIFIN CORPORATION,**<br><br>Defendant. | Lead Case No. 1:22-cv-835<br><br>Consolidated with:<br>Case No.: 1:22-CV-00852;<br>Case No.: 1:22-CV-00891;<br>Case No.: 1-22-CV-00943;<br>Case No.: 1:22-CV-01073;<br>Case No.: 1:22-CV-01229.<br><br>**Judge Hon. Dan Aaron Polster** |

## MOTION FOR ADMISSION *PRO HAC* VICE OF GARY M. KLINGER

Under Local Rule 83.5(h) of the Rules of the United States District Court for the Northern District of Ohio, Plaintiff Gary Rowe ("Plaintiff") moves this Court to grant leave for attorney Gary M. Klinger to appear *pro hac vice* in this action on his behalf. In support of this motion, the undersigned asserts the following:

1. Gary M. Klinger is a partner of Milberg Coleman Bryson Phillips Grossman PLLC, which is located at 227 W. Monroe Street, Suite 2100, Chicago, LA 60606. His business telephone number is (866) 252-0878. His email address is gklinger@milberg.com.

2. The affidavit of Gary M. Klinger, which is offered in support of this Motion and

contains the specific information required by Local Rule 83.5(h), is attached hereto as **Exhibit A**.

3. As noted in his affidavit, Gary M. Klinger is a member in good standing of the court in which he is admitted. Furthermore, no disciplinary proceedings have been filed or are pending against him, and he has not been disbarred from practice before any court, department, bureau or commission of any State or the United States. Also as noted, Gary M, Klinger has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of any bar.

4. The undersigned is tending the required filing fee with this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant attorney Gary M. Klinger limited admission to appear in this Court, in this particular proceeding, on his behalf

Dated: July 22, 2022

Respectfully Submitted,

*/s/ Terence R. Coates*
Terence R. Coates (0085579)
Dylan J. Gould (0097954)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
*tcoates@msdlegal.com*
*dgould@msdlegal.com*

Joseph M. Lyon (0076050)
**THE LYON FIRM**
2754 Erie Avenue
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 721-1178
*jlyon@thelyonfirm.com*

2

Marc E. Dann (0039425)
Brian D. Flick (0081605)
Michael Smith (0097147)
**DANNLAW**
15000 Madison Avenue
Lakewood, OH 44107
Phone: (216) 373-0539
Fax: (216) 373-0536
*notices@dannlaw.com*

Gary M. Klinger (*pro hac vice* forthcoming)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
221 West Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (847) 208-4585
*gklinger@milberg.com*

David K. Lietz (*pro hac vice* forthcoming)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20115
(866) 252-0878
*dlietz@milberg.com*

Thomas A. Zimmerman, Jr. (admitted *pro hac vice*)
**ZIMMERMAN LAW OFFICES, P.C.**
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Phone: (312) 440-0020
Fax: (312) 440-4180
*tom@attorneyzim.com*
*firm@attorneyzim.com*

Nathan D. Prosser (*pro hac vice* forthcoming)
**HELLMUTH & JOHNSON, PLLC**
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
Fax: (952) 941-2337
*nprosser@hjlawfirm.com*

**WHATLEY KALLAS, LLP**
Alan M. Mansfield (*pro hac vice* forthcoming)
16870 W. Bernardo Drive

3

Suite 400
San Diego, CA 92127
Phone: (619) 308-5034
Fax: (888) 341-5048
*amansfield@whatleykallas.com*

**WHATLEY KALLAS, LLP**
Joe R. Whatley, Jr. (*pro hac vice* forthcoming)
Edith M. Kallas (*pro hac vice* forthcoming)
Patrick J. Sheehan (*pro hac vice* forthcoming)
152 W. 57th Street, 41st Floor
New York, NY 10019
Tel: (212) 447-7060
Fax: (800) 922-4851
*jwhatley@whatleykallas.com*
*ekallas@whatleykallas.com*
*psheehan@whatleykallas.com*

**APRIL M. STRAUSS, a PC**
April M. Strauss (*pro hac vice* forthcoming)
2500 Hospital Drive, Bldg 3
Mountain View, CA 94040
Phone: (650) 281-7081
*astrauss@sfaclp.com*

**DOYLE APC**
William J. Doyle (*pro hac vice* forthcoming)
550 West B Street
4th Floor
San Diego, CA 92101
Phone: (619) 736-0000
Fax: (619) 736-1111
*bill@doyleapc.com*

*Attorneys for Plaintiffs and the Proposed Classes*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 21, 2022, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Terence R. Coates*
Terence R. Coates (0085579)