# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JOAN MIGLIACCIO**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**PARKER HANNIFIN CORPORATION**,<br><br>Defendant. | Case No.: 1:22-CV-00835<br><br>**Judge Dan Aaron Polster**<br><br>Complaint filed May 20, 2022<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF ALAN M. MANSFIELD** |

COMES NOW, Plaintiff, JOAN MIGLIACCIO ("Plaintiff"), by and through counsel, and hereby moves this Court, pursuant to Local Rule 83.5(h) of the United States District Court for the Northern District of Ohio, for the admission, *pro hac vice* of Alan M. Mansfield, so that he may appear and participate in this case. The reasons supporting this Motion are more fully set forth in the attached Affidavit of Alan M. Mansfield, which is incorporated herein by reference.

As established by the attached Affidavit, Alan M. Mansfield (California Bar No. 125998) is a member in good standing of the courts to which he is admitted. Further, Alan M. Mansfield agrees to be bound by the Local Rules of this District and Orders of this Court.

For the foregoing reasons, counsel for Plaintiff respectfully requests that this Court enter an Order granting the admission *pro hac vice* of Alan M. Mansfield.

Dated: July 22, 2022

/s/ Terence R. Coates
**MARKOVITS, STOCK & DEMARCO, LLC**
Terence R. Coates (0085579)
119 E. Court Street, Suite 530

1

Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
*tcoates@msdlegal.com*

Joseph M. Lyon (0076050)
**THE LYON FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
jlyon@thelyonfirm.com

Gary M. Klinger (*pro hac vice* forthcoming)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
221 West Monroe Street, Suite 2100
Chicago, IL 60606
(847) 208-4585
gklinger@milberg.com

David K. Lietz (*pro hac vice* forthcoming)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20115
(866) 252-0878
*dlietz@milberg.com*

Marc E. Dann (0039425)
Brian D. Flick (0081605)
Michael Smith (0097147)
**DANN LAW**
15000 Madison Avenue
Lakewood, OH 44107
(216) 373-0539 telephone
(216) 373-0536 facsimile
*notices@dannlaw.com*

Thomas A. Zimmerman, Jr. (*pro hac vice* anticipated)
**ZIMMERMAN LAW OFFICES, P.C.**
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile

>www.attorneyzim.com
>*tom@attorneyzim.com*
>*firm@attorneyzim.com*
>
>Jeffrey S. Goldenberg (0063771)
>Todd B. Naylor (0068388)
>Robert B. Sherwood (0084363)
>**GOLDENBERG SCHNEIDER, LPA**
>4445 Lake Forest Drive, Suite 490
>Cincinnati, Ohio 45242
>Phone: (513) 345-8291
>Facsimile: (513) 345-8294
>jgoldenberg@gs-legal.com
>tnaylor@gs-legal.com
>
>Charles E. Schaffer (pro hac vice forthcoming)
>**LEVIN, SEDRAN & BERMAN**
>510 Walnut Street, Suite 500
>Philadelphia, PA 19106
>Phone: (215) 592-1500
>cschaffer@lfsblaw.*com*
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 21, 2022, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>*/s/ Terence R. Coates*
>Terence R. Coates (0085579)

3