IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOLYNNE CHRISTIANSEN, et al<br><br>Plaintiffs,<br><br>v.<br><br>PARKER HANNIFIN CORPORATION<br><br>Defendant. | Case No.: 1:22-cv-00835-DAP |

### MOTION FOR ADMISSION PRO HAC VICE OF CHARLES E. SCHAFFER

Pursuant to Local Rule 83.5(h) of the United States District Court for the Northern District of Ohio, the undersigned moves this court for the admission of Charles E. Schaffer of Levin Sedran & Berman LLP, top appear as a visiting attorney, *pro hac vice,* for Plaintiff Evelyn Harris. In support of this motion, the undersigned asserts the following:

Charles E. Schaffer is a Partner of Levin Sedran & Berman LLP, which is located at 510 Walnut Street, Suite 500, Philadelphia, PA 19106. The office telephone number is (215)592-1500, the fax number (215)592-4663, and his email address is cschaffer@lfsblaw.com.

Charles E. Schaffer is a member in good standing of the bar of the States of Pennsylvania (ID No. 76259) and the United States District Court for the District of Pennsylvania. Charles E. Schaffer has not been denied admission to or been disciplined by this court or any other court. Charles E. Schaffer has not been disbarred or suspended from practice before any court, department, bureau or commission of any State of the United States or has ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar. The Certificate of Good Standing from The Supreme Court of Pennsylvania is attached hereto as Exhibit A.

WHEREFORE, Plaintiff requests that this motion is granted, and that Charles E. Schaffer be granted permission to appear *pro hac vice* in this case.

Dated: August 18, 2022

Respectfully submitted,

_____
Charles E. Schaffer, Esquire
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Ph: (215)592-1500
Fax: (215)592-4663
Email: cschaffer@lfsblaw.com