**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **JOAN MIGLIACCIO; GARY ROWE; MICHELLE MULANAX; JOLYNNE CHRISTIANSEN; DAVID YANCEY AND JOHN DOE; EVELYN HARRIS; KELLY ROSAL**, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>**PARKER HANNIFIN CORPORATION,**<br><br>Defendant. | Lead Case No. 1:22-cv-00835<br><br>Consolidated with:<br>Case No.: 1:22-CV-00852;<br>Case No.: 1:22-CV-00891;<br>Case No.: 1:22-CV-00943;<br>Case No.: 1:22-CV-01073<br>Case No.: 1:22-CV-01229<br><br>**Judge Hon. Dan Aaron Polster**<br><br>Consolidated Complaint filed July 15, 2022<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF NATHAN D. PROSSER** |

COMES NOW, Plaintiffs Jolynne Christiansen, John Doe, Evelyn Harris, Daniel McCormick, Joan Migliaccio, Michelle Mulanax, Kelly Rosal, Gary Rowe, and David Yancey (collectively, "Plaintiffs"), by and through counsel, and herby moves this Court, pursuant to Local Rule 83.5(h) of the United States District Court for the Northern District of Ohio, for the admission, *pro hac vice* of Nathan D. Prosser, so that he may appear and participate in this case. The reasons supporting this Motion are more fully set forth in the attached Affidavit of Nathan D. Prosser, which is incorporated herein by reference.

As established by the attached Affidavit, Nathan D. Prosser (Minnesota Bar No. 0329745) is a member in good standing of the courts to which he is admitted. Further, Nathan D. Prosser agrees to be bound by the Local Rules of this District and Orders of this Court.

1

For the foregoing reasons, counsel for Plaintiff respectfully requests that this Court enter an Order granting the admission *pro hac vice* of Nathan D. Prosser.

Dated: September 20, 2022                          Respectfully submitted,

*/s/ Terence R. Coates*
**MARKOVITS, STOCK & DEMARCO, LLC**
Terence R. Coates (0085579)
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
*tcoates@msdlegal.com*

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 20, 2022, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Terence R. Coates*
Terence R. Coates (0085579)