# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOLYNNE CHRISTIANSEN, JOHN DOE, EVELYN HARRIS, DANIEL MCCORMICK, JOAN MIGLIACCIO, MICHELLE MULANAX, GARY ROWE, DAVID YANCEY, and KELLY ROSAL, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>PARKER HANNIFIN CORPORATION,<br><br>Defendant. | Case No. 1:22-cv-835<br><br>Judge Hon. Dan Aaron Polster<br><br>**CLASS ACTION** |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Fed. R. Civ. P. 23(e), Plaintiffs Jolynne Christiansen, John Doe, Evelyn Harris, Daniel McCormick, Joan Migliaccio, Michelle Mulanax, Gary Rowe, David Yancey, and Kelly Rosal ("Plaintiffs") respectfully move this Court to enter the proposed Order (attached as **Exhibit 1**) Granting Preliminary Approval of Class Action Settlement. Plaintiffs consulted with Defendant before filing this Motion and determined that this Motion is unopposed. The grounds for the Court's potential granting of this unopposed Motion are included in the accompanying Memorandum in Support of Preliminary Approval of Class Action Settlement. Also, in support of this Motion, Plaintiffs attach in support the Settlement Agreement (**Exhibit 2**) including its exhibits, the Declaration of Terence R. Coates in Support of Plaintiffs' Unopposed Motion for Class Action Settlement (**Exhibit 3**), and the Declaration of Kroll Settlement Administration, LLC (**Exhibit 4**).

Respectfully submitted,

*/s/ Terence R. Coates*
Terence R. Coates
tcoates@msdlegal.com
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700

Joseph M. Lyon
jlyon@thelyonfirm.com
**THE LYON FIRM**
2754 Erie Avenue
Cincinnati, OH 45208
Telephone: (513) 381-2333

*Interim Co-Lead Counsel*

Marc E. Dann
notices@dannlaw.com
**DANNLAW**
15000 Madison Avenue
Lakewood, OH 44107
Telephone: (513) 381-2333

*Interim Liaison Counsel*

*Attorneys for Plaintiffs and the proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2023, I served a copy of the foregoing via electronic filing in the ECF system.

*/s/ Terence R. Coates*
Terence R. Coates