UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOLYNNE CHRISTIANSEN, JOHN DOE, EVELYN HARRIS, DANIEL MCCORMICK, JOAN MIGLIACCIO, MICHELLE MULANAX, GARY ROWE, DAVID YANCEY, and KELLY ROSAL, *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> PARKER HANNIFIN CORPORATION, <br><br> Defendant. | Case No. 1:22-cv-835 <br><br> Judge Dan Aaron Polster <br><br> CLASS ACTION |

## PLAINTIFFS' UNOPPOSED MOTION
## FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Under to Fed. R. Civ. P. 23(e), Plaintiffs Jolynne Christiansen, John Doe, Evelyn Harris, Daniel McCormick, Joan Migliaccio, Michelle Mulanax, Gary Rowe, David Yancey, and Kelly Rosal ("Plaintiffs") respectfully move this Court for Final Approval of the of Class Action Settlement because the Settlement is fair, reasonable, and adequate. The $1,750,000 Settlement Fund is a substantial recovery for the roughly 115,000 Class Members.

In support thereof, Plaintiffs rely upon the accompanying Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement; the Declaration of Terence R. Coates in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement ("Coates Final Approval Decl.") attached as **Exhibit 1**; the Declaration of Scott M. Fenwick of Kroll Settlement Administration, LLC in Connection With Final Approval of Settlement ("Kroll

1

Decl.") attached as **Exhibit 2**; Plaintiffs' Unopposed Motion for Preliminary Approval, previously granted; records, pleadings, and papers filed in this action; and such other evidence or argument that may be presented to the Court at or before the August 2, 2023 Final Approval Hearing. For the Court's convenience, a Proposed Order Granting Final Approval to the Class Action Settlement is attached as **Exhibit 3**.

                Respectfully submitted,

                */s/ Terence R. Coates*
                Terence R. Coates
                tcoates@msdlegal.com
                **MARKOVITS, STOCK & DEMARCO, LLC**
                119 E. Court Street, Suite 530
                Cincinnati, OH 45202
                Telephone: (513) 651-3700

                Joseph M. Lyon
                jlyon@thelyonfirm.com
                **THE LYON FIRM**
                2754 Erie Avenue
                Cincinnati, OH 45208
                Telephone: (513) 381-2333

                *Class Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 19, 2023, I served a copy of the foregoing via electronic filing in the ECF system.

                                            /s/ *Terence R. Coates*
                                            Terence R. Coates